Schuyler G. Carroll (SC-1234)
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorney for Roy Babitt

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

[SEE EXHIBIT A FOR CASE NAME AND          Chapter 7
NUMBER.]


------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT AND
## DISCLOSURE STATEMENT OF SCHUYLER G. CARROLL

STATE OF NEW YORK      )
                       )  ss:
COUNTY OF NEW YORK     )

Schuyler G. Carroll, being duly sworn, deposes and says:

1.  I am a partner of the firm of Arent Fox LLP ("Arent Fox"), a law firm which employs approximately 325 attorneys and maintains an office for the practice of law in each of New York, NY, Washington, DC and Los Angeles, CA. I am duly admitted to practice in the Southern District of New York.

2.  I am fully familiar with the facts hereinafter stated, and make this supplemental affidavit and disclosure statement (the "Supplemental Disclosure") pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure, as part of Arent Fox's ongoing duty to disclose information and facts relevant to the retention of Arent Fox as attorney to Roy Babitt as Chapter 7 Trustee.

NYC/367453.2

3. Beginning on January 21, 2008, Roy Babitt is using office space leased by Arent Fox located at 1675 Broadway in New York. In addition, Mr. Babitt will utilize certain office services, including secretarial support, facsimile, telephone and internet services. No consideration or payment will be made for such offices or services.

4. I declare under penalty of perjury that the foregoing is true and correct. Arent Fox will continue to file supplemental disclosures if and when necessary.

Dated:   New York, New York
         February 11, 2008

/s/ Schuyler G. Carroll
Schuyler G. Carroll

Sworn to before me this
11th day of February 2008

/s/ Lisa Cotto
Notary Public, State of New York
No. 01CO6048839
Qualified in Nassau County
Commission Expires 10/2/2010

# Exhibit A

| Case No. | Chapter | Party Info | Judge |
|---|---|---|---|
| 98-46328-rdd | 7*Prev:11* | Remsen Partners, Ltd | Drain |
| 01-10865-jmp | 7*Prev:13* | Dorothy A. Sanderson | Peck |
| 01-14386-rdd | 7 | Lorna Kidd | Drain |
| 01-14942-smb | 7 | Weston International, Inc. | Bernstein |
| 02-11558-reg | 7 | Christine Samuels | Gerber |
| 02-11559-alg | 7 | Louella Wilson | Gropper |
| 02-13507-alg | 7 | Ricardo Romero | Gropper |
| 02-42666-alg | 7 | Alan Franklin Shaw and Anne-Marie Shaw | Gropper |
| 02-15095-rdd | 7 | Cornerstone Equity Advisors, Inc. | Drain |
| 03-12143-brl | 7 | Corbin, Ltd. | Lifland |
| 03-14733-alg | 7 | ARH Holding Corp. | Gropper |
| 03-14987-rdd | 7*Prev:13* | Randy Glenn Jones and Susan E. Jones | Drain |
| 03-15237-rdd | 7 | Jeffrey Taylor | Drain |
| 03-15820-rdd | 7 | Khalid Mahmood | Drain |
| 03-42431-smb | 7 | Paz Ermitano | Bernstein |
| 03-42497-rdd | 7*Prev:11* | Milky Way Productions Inc. | Drain |
| 03-16895-pcb | 7 | Maria Conuselo Ynoa | Beatty |
| 03-42981-rdd | 7 | Kathleen Ellen Kelly | Drain |
| 04-40477-alg | 7 | Annabelle M. Rodriguez | Gropper |
| 04-11507-reg | 7 | Goldrina Roberts | Gerber |
| 04-13820-rdd | 7*Prev:11* | Marraflo Contracting, Inc. | Drain |
| 04-14555-smb | 7 | Haley's Comet Seafood Corp. | Bernstein |
| 04-14738-rdd | 7 | Russell Restaurant Group, LLC | Drain |
| 04-14739-brl | 7 | Taqwa Security Inc. | Lifland |
| 04-42080-rdd | 7 | Cox Advertising Incorporated | Drain |
| 04-15302-pcb | 7 | Lourdes Melendez | Beatty |
| 04-42799-rdd | 7 | Kevin F. Harris | Drain |
| 04-16430-reg | 7 | Travel Interface.com, Inc. | Gerber |
| 04-16523-rdd | 7*Prev:13* | Anita S. Wigginton | Drain |
| 04-43442-smb | 7 | Gary M. Tillman | Bernstein |
| 04-17341-smb | 7*Prev:11* | Fulton Village Purveyors, Inc. | Bernstein |
| 04-17359-ajg | 7 | Mitchell P. Krupp and Cindy G. Krupp | Gonzalez |
| 04-43429-alg | 7 | Charles Poteat | Gropper |
| 04-43431-brl | 7 | Polygon Data & Voice System Corp. | Lifland |

NYC/367453.2

| | | | |
|---|---|---|---|
| 04-17922-pcb | 7 | Adriana Encarnacion | Beatty |
| 05-10026-jmp | 7*Prev:13* | Esther Yang | Peck |
| 05-10478-pcb | 7 | Aracelis Isaac | Beatty |
| 05-10495-alg | 7 | Elsa DelOrbe | Gropper |
| 05-10496-pcb | 7 | Ramon A. Marte | Beatty |
| 05-10501-smb | 7 | Harvey L. Bridgett and Virgeous A. Bridgett | Bernstein |
| 05-10914-reg | 7 | Marie Borsilli | Gerber |
| 05-10992-reg | 7 | Luis Serrano and Yaquelin Casanova | Gerber |
| 05-12478-alg | 7 | David L. Sliger | Gropper |
| 05-13253-pcb | 7 | Teashanda S. Navedo | Beatty |
| 05-13553-ajg | 7 | Dashawn Williams | Gonzalez |
| 05-13572-ajg | 7 | Elizabeth Rosario | Gonzalez |
| 05-13611-pcb | 7*Prev:11* | Momentrends, Inc. | Beatty |
| 05-41942-reg | 7 | Angela C. Diaz | Gerber |
| 05-14276-pcb | 7 | Gregg M. Carder | Beatty |
| 05-14397-brl | 7 | Robert D. Frazier | Lifland |
| 05-16115-alg | 7 | Bernadine Clark | Gropper |
| 05-16177-reg | 7 | Octavio Frison | Gerber |
| 05-16369-smb | 7 | Manuel Caceres | Bernstein |
| 05-17630-ajg | 7 | Alejandro I. Saldana | Gonzalez |
| 05-17730-alg | 7 | Ivelisse Romero | Gropper |
| 05-18306-alg | 7 | Angel M. Negron | Gropper |
| 05-18570-reg | 7 | Gail Dolores Johnson-Jones | Gerber |
| 05-19458-reg | 7 | Debra Pesta | Gerber |
| 05-45706-ajg | 7 | John Chase | Gonzalez |
| 05-45864-alg | 7 | John A. Martinen | Gropper |
| 05-45926-smb | 7 | Norma Matalon | Bernstein |
| 05-45958-ajg | 7 | Pauline Warren | Gonzalez |
| 05-46509-jmp | 7 | Willie E Motley | Peck |
| 05-42446-rdd | 7*Prev:13* | William Charles Bace | Drain |
| 05-48681-ajg | 7 | Jimmy Hayes | Gonzalez |
| 05-48707-alg | 7 | Paul Byung Kang | Gropper |
| 05-48739-pcb | 7 | Galina Edelson | Beatty |
| 05-48748-brl | 7 | Faye C. Waters | Lifland |
| 05-60142-rdd | 7*Prev:11* | Joseph Greenblatt | Drain |
| 06-10168-alg | 7 | U.S. Factory Outlets, Inc. | Gropper |

| | | | |
|---|---|---|---|
| 06-10698-jmp | 7 | Joseph Olaniyi Adaramola | Peck |
| 06-12245-rdd | 7 | Michele A. Mizell | Drain |
| 06-12433-smb | 7 | June C. Bailey | Bernstein |
| 06-12439-brl | 7 | Charmaine L. Shelton | Lifland |
| 06-12440-ajg | 7 | Georgia L. Harvey | Gonzalez |
| 06-12892-mg | 7 | Eric Riedman | Glenn |
| 07-10509-rdd | 7 | Michael Ababio and Cynthia Mensah | Drain |
| 07-10930-ajg | 7 | Juan A. Ferreira | Gonzalez |
| 07-12866-rdd | 7 | Sonia M. Montalvan | Drain |
| 07-12875-ajg | 7 | Candice Valentine, Inc. | Gonzalez |
| 07-13316-brl | 7 | Samuel Rivera and Rebeca Rivera | Lifland |
| 07-13631-smb | 7 | David Jacques Fields | Bernstein |