Andrew I. Silfen
Heike M. Vogel
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900

*Attorneys for Roy Babitt, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:

POLYGON DATA & VOICE SYSTEM CORP.,

                         Debtor.
------------------------------------------------------------x

Chapter 7

Case No. 04-43431 (BRL)

## NOTICE OF CORRECTION
## OF ATTORNEY OF RECORD FOR
## ROY BABITT, CHAPTER 7 TRUSTEE

      PLEASE TAKE NOTICE that Andrew I. Silfen, Heike M. Vogel, and Arent Fox LLP ("Arent Fox LLP") are the correct attorneys of record for Roy Babitt, Chapter 7 Trustee. Please remove Jeffrey D. Vanacore and Perkins Coie as the attorneys for Roy Babitt. Arent Fox LLP hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and e-mail addresses:

                         Andrew I. Silfen
                         Heike M. Vogel
                         Arent Fox LLP
                         1675 Broadway
                         New York, NY 10019
                         Tel: (212) 484-3900
                         Fax: (212) 484-3990
                         silfen.andrew@arentfox.com
                         vogel.heike@arentfox.com

NYC/585086.1

Dated: New York, New York
       May 23, 2011

                                              ARENT FOX LLP
                                              Attorneys for Roy Babitt, Chapter 7 Trustee

                            By:    */s/ Heike M. Vogel*
                                              Andrew I. Silfen
                                              Heike M. Vogel
                                              1675 Broadway
                                              New York, NY 10019
                                              (212) 484-3900